THE PEOPLE OF THE STATE OF NEW YORK, ex rel. ROBERT SCHNABEL, Appellant, *v.* JOHN J. McCLOSKEY, JR., Sheriff of the City of New York, Respondent, and ROSARIO G. SCHNABEL, Intervening Respondent.

Argued May 20, 1943; decided October 21, 1943.

*Herbert C. Smyth* and *George Natanson* for appellant.

*Emanuel Becker* and *Benjamin A. Javits* for Rosario G. Schnabel, intervener, respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.